# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

162121(20)(21)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

AFT MICHIGAN,
    Plaintiff,       SC: 162121
v              USDC-ED: 4:17-cv-13292

PROJECT VERITAS, et al.,
    Defendants,
and

MICHIGAN ATTORNEY GENERAL,
    Intervening Defendant.
_____/

  On order of the Chief Justice, the separate motions of the Michigan State AFL-CIO and the Cyber Civil Rights Initiative to file briefs amicus curiae are GRANTED.  The amicus briefs will be accepted for filing if submitted on or before March 3, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021       

                 Clerk